**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:21CR198** |
| | ) | |
| **vs.** | ) | |
| | ) | **ORDER** |
| **JOSE MARIA SALAZAR,** | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

This matter is before the court on defendant's Motion to Continue Trial [22]. Counsel require additional time to complete plea negotiations.  For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [22] is granted as follows:

1. The jury trial, now set for January 4, 2022, is continued to **March 15, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and March 15, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED: December 14, 2021.**

**BY THE COURT:**

**s/ Susan M. Bazis
United States Magistrate Judge**